UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

John Doe and
Michael Ericksen,
       Plaintiffs,

v.                                                                                                                      Civil Case No. 16-13038
                                                                                                    Hon. George Caram Steeh

United States,
       Defendant.
_____/

**PLAINTIFFS' NOTICE OF APPEAL
AND CERTIFICATE OF SERVICE**

      This document is to serve as notice that Plaintiffs John Doe and Michael Ericksen hereby appeal to the United States Court of Appeals for the Sixth Circuit from the following rulings: (1) Order Granting Defendant's Motion to Dismiss (order, doc # 19, entered March 9, 2017; appeal also encompasses the corresponding final judgment, doc # 20, entered March 9, 2017; and (2) Order Denying Plaintiffs' Motion to Disqualify This Judge (order, doc # 17, entered January 10, 2017).

May 5, 2017                                                           /s/ Michael Ericksen (P40385)
                                                                                     Attorney for Plaintiffs
                                                                                     8376 Huntington Road
                                                                                 Huntington Woods, MI 48070
                                                                                         248-217-9705
                                                                                mlericksen@yahoo.com

1

## Certificate of Service

      I certify that on May 5, 2017, I electronically filed this document with the Clerk of Court using the ECF system, which will send notice of the filing to opposing counsel.

May 5, 2017                                                                     /s/ Michael Ericksen (P40385)
                                                                                       Attorney for Plaintiffs