# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 08, 2018

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 17-1526, *Daniel Ericksen, et al v. USA*
Originating Case No. : 2:16-cv-13038

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Jennifer Earl
Case Manager
Direct Dial No. 513-564-7066

cc: Mr. Michael Lewis Ericksen
Ms. Patricia Gaedeke

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-1526

_____

Filed: May 08, 2018

MICHAEL LEWIS ERICKSEN; DANIEL ERICKSEN

    Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 02/20/2018 the mandate for this case hereby issues today.


COSTS: None